UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 05, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Lawrence Graves,<br>   Petitioner,<br><br>v.<br><br>Bobby Lumpkin,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>   Respondent. | Civil Action H-21-681 |

## Order of Adoption

On October 12, 2021, Magistrate Judge Peter Bray recommended that the court grant Respondent Bobby Lumpkin's motion for summary judgement and dismiss Graves's petition for writ of habeas corpus with prejudice. (21) Graves filed objections. (22) The court denies Graves's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on November __5__, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge